IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 22-05024-01-CR-S-MDH |
| BILLY HILE, | ) |
| Defendant. | ) |

## ORDER

Before the Court is the Defendant's Motion to Suppress Evidence and Statements. (Doc. 25). On January 19, 2023, United States Magistrate Judge Rush conducted a hearing on the pending motion. The Court has reviewed the electronic transcript from the hearing (Doc. 34) and United States Magistrate Judge Rush's Report and Recommendation. (Doc. 35). Defendant has filed an objection to the Report and Recommendation (Doc. 36) and the government has filed its Response to the Report and Recommendation. (Doc. 38). The matter is ripe for review.

After a careful and independent review of the parties' submissions, the record before the Court, as well as the applicable law, this Court agrees with and **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Doc. 35) and **DENIES** Defendant's Motion to Suppress (Doc. 25).

**IT IS SO ORDERED.**

DATED: March 30, 2023

                                                   /s/ Douglas Harpool
                                                **DOUGLAS HARPOOL**
                                                **UNITED STATES DISTRICT JUDGE**